(80 South. 155)

### CENTRAL OF GEORGIA RY. CO. v. PICKETT. (4 Div. 511.)

(Court of Appeals of Alabama. Nov. 12, 1918.)

Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

Petition. for mandamus by Ocie L. Pickett to compel trial judge in the case of Ocie L. Pickett against the Central of Georgia Railway Company to rescind an order setting aside an order of dismissal and restoring the cause to the docket. Mandamus denied.

B. F. Reid, of Dothan, for appellant.
Charles A. Calhoun, of Birmingham, and Farmer & Farmer, of Dothan, for appellee.

BRICKEN, J. Mandamus denied, under authority of Central of Georgia Railway Co. v. Ocie L. Pickett, ante, p. 580, 80 South. 154, present term Court of Appeals.

Mandamus denied.